AO 93 (rev. 11/13) Search and Seizure Warrant

U.S. District Court
Eastern District of Wis. } ss
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
DAVID E. JONES
U.S. Magistrate Judge
DATED: 3/7/17
By: JDH

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Information associated with dclarke.cowboy@gmail.com that is stored at premises controlled by Google, Inc.

Case No. 17-M-014

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE March 21, 2017 _(not to exceed 14 days)_
☐ in the daytime between 6:00 a.m. and 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable David E. Jones                    .
_(United States Magistrate Judge)_

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized _(check the appropriate box)_
  ☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: March 7, 2017
                      2:55 p.m.
                                              _Judge's signature_

City and State: Milwaukee, Wisconsin           Honorable David E. Jones, U.S. Magistrate Judge
                                              _Printed Name and Title_

# Return

| Case No.: 17-M-014 | Date and time warrant executed: 3/8/17 2:51 pm | Copy of warrant and inventory left with: n/a |
|---|---|---|

Inventory made in the presence of:
n/a

Inventory of the property taken and/or name of any person(s) seized:

Information associated with dclarke.cowboy@gmail.com that is stored at Google, Inc., Mountainview, CA. Email content on or after 1/15/17 through date of service.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 12/28/2017

_Executing officer's signature_

Jennifer Walkowski, FBI SA
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: Dec. 28, 2017

_United States Magistrate Judge_

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with dclarke.cowboy@gmail.com that is stored at premises owned, maintained, controlled, or operated by Google, Inc., a company headquartered at Mountain View, CA.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Google, Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of all emails associated with the account on or after January 15, 2017, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken; and

f. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

g. The Provider is hereby ordered to disclose the above information to the government within two days, or an otherwise justifiable period of less than 14 days, of the issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence of violations of Title 18, USC, Section 242 and Title 18, USC, Section 241, those violations involving Milwaukee County Sheriff David Clarke, and occurring after January 15, 2017, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Communications between Sheriff David Clarke and others regarding the detention of Dan Black from January 15, 2017 to present.

(b) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(c) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to the detention of Dan Black, including records that help reveal their whereabouts.

2